## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CURTIS CUNNINGHAM | : CIVIL ACTION NO. 3:11-CV-1944 |
| | : (SRU) |
| V. | : |
| | : |
| CITY OF NEW LONDON AND | : |
| THOMAS NORTHUP, IN HIS | : |
| INDIVIDUAL CAPACITY | : NOVEMBER 19, 2013 |

### NOTICE OF APPEARANCE

To The Clerk of this Court and all parties of record:

Please enter my Appearance as counsel in this case for the non-party witnesses,

The Day Publishing Company and Timothy Martin.

        THE NON-PARTY WITNESSES
        THE DAY PUBLISHING COMPANY
        AND TIMOTHY MARTIN

        BY /s/ Jennifer S. Mullen, ct27959
           Jennifer S. Mullen
           HALLORAN & SAGE LLP
           216 Broad St., 3rd Floor
           New London, CT  06320
           Fed. Bar #ct27959
           Phone: 860-437-0370
           Fax:    860-437-0391
           mullen@halloransage.com
           Its/His Attorneys

18736.0017



216 Broad Street
3rd Floor
New London, CT 06320

Phone (860) 437-0370
Fax (860) 437-0391
Juris No. 431556

3105317v.1

HALLORAN
&SAGE LLP

## CERTIFICATION

This is to certify that on this 19th day of November, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Jennifer S. Mullen, ct27959
Jennifer S. Mullen

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3105317v.1