## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CURTIS CUNNINGHAM | : CIVIL ACTION NO. 3:11-CV-1944 |
| | : (SRU) |
| V. | : |
| CITY OF NEW LONDON AND THOMAS NORTHUP, IN HIS INDIVIDUAL CAPACITY | : JANUARY 21, 2014 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(b) of the Fed. R. Civ. P. and Local Rule 7(e), the undersigned counsel hereby moves to withdraw her appearance from the above captioned matter on the basis that an appearance was entered for the non-party witnesses for a limited issue which has been resolved. The undersigned requests that she be withdrawn as an attorney of record on behalf of the non-party witnesses, The Day Publishing Company and Timothy Martin, in the above captioned matter.

Wherefore, the undersigned moves to withdraw her appearance as counsel of record for the non-party witnesses, The Day Publishing Company and Timothy Martin.

18736.0017



HALLORAN
&SAGE LLP

216 Broad Street
3rd Floor
New London, CT 06320

Phone (860) 437-0370
Fax (860) 437-0391
Juris No. 431556

3159661v.1

THE NON-PARTY WITNESSES
THE DAY PUBLISHING COMPANY
AND TIMOTHY MARTIN

BY /s/ Jennifer S. Mullen, ct27959
   Jennifer S. Mullen
   HALLORAN & SAGE LLP
   216 Broad St., 3rd Floor
   New London, CT 06320
   Fed. Bar #ct27959
   Phone: 860-437-0370
   Fax:   860-437-0391
   mullen@halloransage.com

## CERTIFICATION

This is to certify that on this 21st day of January 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jennifer S. Mullen, ct27959
Jennifer S. Mullen

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3159661v.1